## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND  20770
301-344-0632

## MEMORANDUM

TO:         Counsel of Record

FROM:    Judge Peter J. Messitte

RE:         *HIAS, Inc., et al. v. Trump, et al.*
             Civ. No. PJM-19-3346

DATE:     November 26, 2019

* * *

This Order confirms the briefing and oral argument schedule in the above captioned case as agreed upon by the parties this afternoon.

**December 6, 2019**    Plaintiffs' counsel to advise the Court of the names of Amici curiae expected to file briefs

**December 13, 2019**   Briefs of Amici curiae due

**December 20, 2019**   Defendants' Opposition to Motion for Preliminary Injunction due

**January 3, 2020**     Plaintiffs' Reply to Opposition due

**January 6, 2020**     Counsel to advise the Court how Oral Argument will be divided among the counsel of record (Amici curiae will not be permitted to argue)

**January 8, 2020**     Oral Argument on Motion for Preliminary Injunction, beginning at 10:00 a.m.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/
_____
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

cc:    Court File