AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| HIAS, et al., | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Case No.   8:19-cv-03346-PJM |
| Trump, et al., | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                                                                  .

Date:     11/27/2019                                            /s/ Mariko Hirose
                                                                                   *Attorney's signature*

                                                               Mariko Hirose (Bar No. MH0313)
                                                                   *Printed name and bar number*

                                                               International Refugee Assistance Project
                                                                      One Battery Park Plaza
                                                                            Fourth Floor
                                                                       New York, NY 10004
                                                                                *Address*

                                                                     mhirose@refugeerights.org
                                                                            *E-mail address*

                                                                          (516) 701-4620
                                                                          *Telephone number*

                                                                          (929) 999-8115
                                                                             *FAX number*