UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND 20770  
301-344-0632

MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: *HIAS, Inc., et al. v. Trump, et al.*  
Civ. No. PJM-19-3346 – Hearing on Motion for Preliminary Injunction

DATE: December 30, 2019

\* \* \*

At Oral Argument on January 8, 2020, beginning at 10:00 a.m., each side will have one hour for argument concerning the Motion for Preliminary Injunction, ECF No. 18. Plaintiffs' Counsel may reserve up to 15 minutes out of that hour for rebuttal arguments.

In accordance with the Court's Order dated November 26, 2019, ECF No. 29, Counsel shall advise the Court by January 6, 2020 how they propose to divide oral argument among the counsel of record if more than one counsel will argue. As indicated in the Court's prior Order, Amici Curiae will not be permitted to argue. *Id.*

In addition to the above-allotted time, the Court will hear argument, up to 10 minutes for each side, concerning Plaintiffs' Motion to Strike the Veprek Declaration, ECF No. 56.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/  
_____  
PETER J. MESSITTE  
UNITED STATES DISTRICT JUDGE

cc: Court File