IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| HIAS, INC., *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    *Defendants*. | Civil Action No. 8:19-cv-3346-PJM |

## JOINT NOTICE REGARDING ORAL ARGUMENT

Pursuant to the Court's orders dated November 26, 2019 (ECF No. 29) and December 30, 2019 (ECF No. 59), the parties provide the following notice regarding their proposed division of oral argument on January 8, 2020. Though the Plaintiffs make this ordering suggestion, the Parties are happy to defer to the Court regarding the order of topics to be addressed at oral argument.

I. Plaintiffs' Motion to Strike
    Plaintiffs: Justin Cox
    Defendants: Bradley Humphreys

II. Plaintiffs' Motion for a Preliminary Injunction

    a. Likelihood of success under the Refugee Act
        Plaintiffs: Melissa Keaney
        Defendants: Bradley Humphreys

    b. Likelihood of success under the Administrative Procedure Act
        Plaintiffs: Linda Evarts
        Defendants: Bradley Humphreys

    c. Non-merits preliminary injunction factors
        Plaintiffs: Linda Evarts
        Defendants: Bradley Humphreys

    d. Scope of injunction
        Plaintiffs: Melissa Keaney
        Defendants: Bradley Humphreys

Dated: January 6, 2020                               Respectfully submitted,

| | |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General<br><br>ANTHONY J. COPPOLINO<br>Deputy Director<br><br>*/s/ Bradley P. Humphreys*<br>BRADLEY P. HUMPHREYS<br>(D.C. Bar No. 988057)<br>Trial Attorney, U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, D.C. 20005<br>Phone: (202) 305-0878<br>E-mail: Bradley.Humphreys@usdoj.gov<br><br>*Counsel for Defendants* | /s/ Melissa S. Keaney<br>Melissa S. Keaney*<br>International Refugee Assistance Project<br>PO Box 2291<br>Fair Oaks, CA 95628<br>mkeaney@refugeerights.org<br>(916) 546-6125<br><br>Linda Evarts**<br>Kathryn Austin*<br>Mariko Hirose**<br>International Refugee Assistance Project<br>One Battery Park Plaza 4th Floor<br>New York, NY 10004<br>levarts@refugeerights.org<br>kaustin@refugeerights.org<br>mhirose@refugeerights.org<br>(516) 701-4620<br><br>/s/ Justin B. Cox<br>Justin B. Cox (Bar No. 17550)<br>International Refugee Assistance Project<br>PO Box 170208<br>Atlanta, GA 30317<br>jcox@refugeerights.org<br>(516) 701-4233<br><br>\* Appearing *Pro Hac Vice*<br>\*\* *Pro Hace Vice* motion pending |