# Exhibit A


**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| HIAS, Inc., *et al.*,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>DONALD TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>        *Defendants*. | No. 8:19-cv-3346-PJM |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion for a preliminary injunction, Defendants' opposition, and Plaintiffs' reply, and the entire record, it is hereby ORDERED that Plaintiffs' motion is DENIED.

Dated: _____     _____
                                                          Hon. Peter J. Messitte
                                                          United States District Court Judge