IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **HIAS, INC.,** *et al.*, | * |
| Plaintiffs, | * |
| v. | * Civil No. **PJM 19-3346** |
| **DONALD TRUMP, in his official capacity as President of the United States,** *et al.*, | * |
| Defendants. | * |

## ORDER

Having considered Plaintiffs' Motion for Preliminary Injunction (ECF No. 18), Defendants' opposition to same (ECF No. 54), the Parties' memoranda of law, exhibits, and amicus briefs, oral argument having been held, it is for reasons set forth in the accompanying Memorandum Opinion, this 15th day of January 2020

**ORDERED**

1. Plaintiffs' Motion for Preliminary Injunction, ECF No. 18, is **GRANTED**. Official capacity Defendants Michael Pompeo, Alex Azar, and Chad Wolf, and all officers, agents, and employees of Defendants, and anyone acting under their authorization or direction, are hereby **ENJOINED** from enforcing Executive Order 13888 and the FY 2020 Notice of Funding Opportunity for Reception and Placement Program.

2. Plaintiffs are not required to pay a security deposit.

3. Nothing herein shall prevent Defendants from issuing a new Notice of Funding Opportunity for Reception and Placement Program with a new application period of reasonable duration; provided that such Notice does not in any way enforce Executive Order 13888.

4. Plaintiffs' Motion to Strike the Veprek Declaration, ECF No. 56, is **DENIED**.

/s/
_____
**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**