# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# SOUTHERN DIVISION

| | |
|---|---|
| HIAS, Inc., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | No. 8:19-cv-3346-PJM |

## UNOPPOSED MOTION TO EXTEND RESPONSE DEADLINE

Defendants respectfully move for a fourteen-day extension of the deadline to respond to Plaintiffs' complaint in this matter.  Defendants were served with a copy of Plaintiffs' complaint on November 22, 2019.  *See* ECF No. 19.  Under Rule 12(a)(1)(A) of the Federal Rules of Civil Procedure, Defendants' response is currently due January 21, 2020.  Defendants respectfully ask that the Court extend that deadline until February 4, 2020.

Defendants make this request in light of the Court's January 15, 2020 order and accompanying memorandum opinion granting Plaintiffs' motion for a preliminary injunction.  *See* ECF Nos. 68, 69.  Defendants respectfully ask for additional time before filing a responsive pleading to assess the Court's decision and consider their position with respect to further proceedings in this litigation, including a possible appeal.

The parties have conferred, and Plaintiffs do not oppose this request.

Dated: January 21, 2020                                       Respectfully submitted,

                                                                            JOSEPH H. HUNT
                                                                            Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Director

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
(D.C. Bar No. 988057)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Phone: (202) 305-0878
E-mail: Bradley.Humphreys@usdoj.gov

*Counsel for Defendants*