# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# SOUTHERN DIVISION

HIAS, Inc., *et al.*,

    *Plaintiffs*,

v.

DONALD TRUMP, in his official capacity as President of the United States, *et al.*,

    *Defendants*.

No. 8:19-cv-3346-PJM

## CONSENT MOTION TO EXTEND RESPONSE DEADLINE

Defendants respectfully move for a second, fourteen-day extension of the deadline to respond to Plaintiffs' complaint in this matter. Pursuant to this Court's January 22, 2020 Order, ECF No. 72, Defendants' response is currently due February 4, 2020. Defendants respectfully ask that the Court extend that deadline until February 18, 2020.

Defendants make this request because the period of time has not yet run for the Government to decide whether to seek an appeal of the Court's January 15, 2020 memorandum and order granting Plaintiffs' motion for a preliminary injunction, *see* ECF Nos. 68, 69, and the Government's decision on whether to appeal will likely inform the parties' and the Court's views regarding how this case should proceed.

The parties have conferred, and Plaintiffs do not oppose this request.

Dated: February 4, 2020                    Respectfully submitted,

                                                    JOSEPH H. HUNT
                                                    Assistant Attorney General

                                                    ANTHONY J. COPPOLINO
                                                    Deputy Director

/s/ Bradley P. Humphreys
BRADLEY P. HUMPHREYS
(D.C. Bar No. 988057)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Phone: (202) 305-0878
E-mail: Bradley.Humphreys@usdoj.gov

*Counsel for Defendants*