# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# SOUTHERN DIVISION

| | |
|---|---|
| HIAS, Inc., *et al.*,<br><br>   *Plaintiffs*,<br><br> v.<br><br>DONALD TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>   *Defendants*. | No. 8:19-cv-3346-PJM |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendants hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Court's January 15, 2020 Order granting Plaintiffs' motion for preliminary injunction (ECF No. 69) and the accompanying Memorandum Opinion (ECF No. 68).

Dated: February 11, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Director

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
(D.C. Bar No. 988057)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Phone: (202) 305-0878
E-mail: Bradley.Humphreys@usdoj.gov

*Counsel for Defendants*