**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

|  |  |
|---|---|
| HIAS, Inc., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> Joseph R. Biden, Jr., in his official capacity as President of the United States, *et al.*, <br><br> *Defendants*. | No. 8:19-cv-3346-PJM |

## PLAINTIFFS' CONSENT MOTION TO LIFT STAY OF PROCEEDINGS AND FOR LEAVE TO FILE JOINT STATUS REPORT

1.      Plaintiffs, HIAS, Inc., Church World Service, Inc., and Lutheran Immigration and Refugee Service, Inc., by and through their undersigned counsel, (hereafter, Plaintiffs), hereby respectfully request that this Court lift the stay entered on February 14, 2020 (ECF No. 79) and give leave for the parties to submit a joint status report within thirty (30) days of the resolution of this motion.  The parties have conferred and Defendants consent to this motion.

2.      At the request of Defendants, this Court entered a stay of the proceedings pending final resolution of Defendants' appeal from this Court's Order granting Plaintiffs' motion for a preliminary injunction.

3.      On January 8, 2021, the United States Court of Appeals for the Fourth Circuit entered judgement (ECF. No. 80), affirming this Court's Order enjoining Executive Order 13,888 (the "Executive Order") and the funding notice implementing the Executive Order.  The judgment took effect upon issuance of the Fourth Circuit's mandate on March 2, 2021 (ECF. No. 81).

4.      Plaintiffs now respectfully request that the Court lift the stay and give the parties leave to submit a joint status report within thirty days of the resolution of this motion.

Date: August 23, 2021

Respectfully Submitted,

/s/ Melissa S. Keaney

Melissa S. Keaney*
International Refugee Assistance Project
PO Box 2291
Fair Oaks, CA 95628
mkeaney@refugeerights.org
(916) 546-6125


Justin B. Cox (Bar No. 17550)
International Refugee Assistance Project
PO Box 170208
Atlanta, GA 30317
jcox@refugeerights.org
(516) 701-4233

Linda Evarts*
Kathryn Austin*
Mariko Hirose*
International Refugee Assistance Project
One Battery Park Plaza 4th Floor
New York, NY 10004
levarts@refugeerights.org
kaustin@refugeerights.org
mhirose@refugeerights.org
(516) 701-4620


* Appearing *Pro Hac Vice*