IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| HIAS, INC., *et al.*,<br><br>  *Plaintiffs*,<br><br> v.<br><br>DONALD TRUMP, in his official capacity as President of the United States, *et al*.,<br><br>  *Defendants*. | Civil Action No. 8:19-cv-3346-PJM |

### NOTICE OF VOLUNTARY DISMISSAL

  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, by and through undersigned Counsel, hereby voluntarily dismiss without prejudice the above-captioned action. Plaintiffs' notice is self-executing and "effective at the moment the notice is filed with the clerk and no judicial approval is required." *Marex Titanic, Inc. v. Wrecked & Abandoned Vessel*, 2 F.3d 544, 546 (4th Cir. 1993).

Dated: December 14, 2021

Justin B. Cox (Bar No. 17550)
International Refugee Assistance Project
PO Box 170208
Atlanta, GA 30317
jcox@refugeerights.org
(516) 701-4233

\* Appearing *Pro Hac Vice*

Respectfully submitted,

/s/ Melissa S. Keaney
Melissa S. Keaney\*
International Refugee Assistance Project
PO Box 2291
Fair Oaks, CA 95628
mkeaney@refugeerights.org
(916) 546-6125

Linda Evarts\*
Kathryn Austin\*
Mariko Hirose\*
International Refugee Assistance Project
One Battery Park Plaza 4th Floor
New York, NY 10004
levarts@refugeerights.org
kaustin@refugeerights.org
mhirose@refugeerights.org
(516) 701-4620